No. 10–330. SCHWARZENEGGER, GOVERNOR OF CALIFORNIA, ET AL. *v.* RINCON BAND OF LUISENO MISSION INDIANS OF THE RINCON RESERVATION, AKA RINCON SAN LUISENO BAND OF MISSION INDIANS, AKA RINCON BAND OF LUISENO INDIANS. C. A. 9th Cir.; and

No. 10–426. APPLERA CORP. ET AL. *v.* ENZO BIOCHEM, INC., ET AL. C. A. Fed. Cir. The Acting Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 10–5710. BISHOP *v.* GRIEVANCE COMMITTEE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 957] denied.

No. 10–5813. HUNG HA *v.* McGUINESS. Ct. App. Cal., 1st App. Dist. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 957] denied.

No. 10–6031. MATTHEWS *v.* McDANIEL, WARDEN, ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 998] denied.

No. 10–6059. RILEY *v.* UNION PARISH SCHOOL BOARD ET AL. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1000] denied.

No. 10–6135. COHEN *v.* TERRELL, WARDEN, ET AL. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 998] denied.

No. 10–6170. FARRIS *v.* OKLAHOMA. Ct. Crim. App. Okla. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 998] denied.

No. 10–6314. BERRYHILL *v.* SEAY, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA, ET AL. C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 998] denied.